IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERSHEL RAMONE MCCRADIC,

    Petitioner,

v.

MICHAEL MEISNER,

    Respondent.

ORDER

Case No. 16-cv-528-bbc

    Petitioner Hershel Ramone McCradic seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 17, 2016.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 23, 2016 through the date of the petition, July 23, 2016.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Hershel Ramone McCradic may have until August 17, 2016, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 17, 2016, I will assume that petitioner wishes to withdraw this petition.

Entered this 27th day of July, 2016.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge