IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERSHEL RAMONE McCRADIC,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 16-cv-528-bbc

MICHAEL MEISNER,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that petitioner Hershel Ramone McCradic's petition for a writ of corpus under 28 U.S.C. § 2254 is dismissed for lack of jurisdiction.

| /s/ | 10/26/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |